MGD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shane McGough,<br>               Plaintiff,<br>v.<br>Paul Penzone, et al.,<br>               Defendants. | No.  CV-18-01302-PHX-DJH<br><br>**ORDER** |

The Court has reviewed the parties' Stipulated Motion to Dismiss With Prejudice All Claims and All Requests for Relief Asserted Against Defendants (Doc. 175), in which they agree to dismiss all claims and requests for relief with prejudice with each side bearing their own attorneys' fees and costs.

**IT IS ORDERED**:

(1) The parties' Stipulated Motion to Dismiss With Prejudice All Claims and All Requests for Relief Asserted Against Defendants (Doc. 175) is **granted** and this action is **dismissed with prejudice**, with the parties each to bear their own attorneys' fees and costs.

(2) The Clerk of Court must **terminate** this action.

Dated this 5th day of May, 2021.

Honorable Diane J. Humetewa
United States District Judge